**FILED**
APR 10 2023 JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff: United States Of America
v.
Defendant: Jerome Bychowski

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 4/10/23
Attorney: Pro Se Litigant

SM
Page 1 of 7

Exhibit #3

During The Day Of The Alleged Incident, January 12, 2022, Jerome Bychowski Did Not Have Any Weapons, Knives, Hand Tools, Machetes, Or Instruments On His Body, Or In His Clothing.

During That Day, Jerome Bychowski's Ford E250 Cargo Van Did Not Have Any Power Tools, Manually Operated Hand Tools, Weapons, Knives, Machetes, Or Instruments Inside Of The Vehicle.

On About January 25, 2022, The Ford E250 Cargo Van Was Stocked With Power Tools, And Manually Operated Hand Tools.

On About February 4, 2022, The FBI Agents Arrested Jerome Bychowski, And Confiscated 4 Of His Manually Operated Hand Tools, From The Storage Shelving, In His Ford E250 Cargo Van. These Were 3 Different Sized Machetes, And A 6" Field Knife.

These 4 Hand Tools Were Not In Jerome Bychowski's Ford E250 Cargo Van, Or On Jerome Bychowski's Body, Or In His Clothing, On The Day Of The Alleged Incident, January 12, 2022.

Jerome Bychowski Needs These 4 Hand Tools For The Performance Of His Work Duties By His Piece Of Land At 738 S. Pulaski. These 3 Machetes And 6" Field Knife Are Used For Cutting Overgrown Tree Branches And Overgrown Bushes, And For Uprooting Large Weeds.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff: United States Of America

v.

Defendant: Jerome Bychowski

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 4/10/23
Attorney: Pro Se Litigant

Now, Jerome Bychowski Has, Since About January 25, 2022, Had Several Bags And Boxes Of Tools In His Ford E250 Cargo Van.

Here In Exhibit #3, You Can See In The Tail Surface Area Of The Ford E250 Cargo Van, Sheet Metal Tools, On The Rear Of The Van Bed. Those Tools Were Not Confiscated By The F.B.I. The F.B.I. Did Not Consider Those Tools As Possible Weapons.

See The 4 Photographs That Are Attached To This

If you need additional space for ANY section, please attach an additional sheet and reference that section.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff: United States of America

v.

Defendant: Jerome Bychowski

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 4/10/23
Attorney: Pro Se Litigant

Exhibit #30. Those Sheet Metal Tools Fit Into That Tool Box. That Tool Box Fits Into The Shelving Units That Are Within The E250 Cargo Van.

4/10/23 Jerome Bychowski  /s/ Jerome Bychowski





Page 5 of 7
Ford F250 Cargo Van



Page 7 of 7

Sheet Metal Tools from Ford F250 Cargo Van