**FILED**

JAN 12 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 0p 13

United States District Court
Northern District Of Illinois

United States Of America

Plaintiff

v.

Jerome Bychowski

Defendant

Case Number: 22 - CR - 73

Judge: Wood

Magistrate Judge: Valdez

Date: 1/12/2024

Attorney: Pro-Se Litigant

Motion MOTN - 3.5

In Judge Woods Court Room,
The United States Attorney Has
Made The Court Aware, That
The Government Has Surveiled
Jerome Bychousins Private Property
At 738 S. Pulaski, The
Court Is Aware That Jerome
Bychousns Resides There And
His Chevrolet Cargo Van Is
His Private Space, Where He

United States District Court

Northern District Of Illinois

Page 2 Of 13

United States Of America

Plaintiff

v.

Defendant

Jerome Bychowski

Case Number 22 - CR - 73

Judge: Wood

Magistrate Judge: Valdez

Date: 1/12/2024

Attorney: Pro Se Litigant

Last Friday Night. The United States Attorney Did Not Explain The Governments Reasons For Surveiling Jerome Bychowski, Without The Issuance Of A Surveilance Warrant.

The United States Attorney Has Made The Court Aware Of His Possession Of The Surveilance Recordings.

United States District Court
Northern District of Illinois

_Page 3 of 13_

United States of America
                    Plaintiff
        v.

                    Defendant
Jerome Bychowski

Case Number: 22 - CR - 73

Judge: Wood

Magistrate Judge: Valdez

Date: 1/12/2024

Answer: Pro-Se, Litigant

Jerome Bychowski Owns 738 S. Pulaski, A 7000 Square Foot Land Parcel. He Parks His Ford And Chevrolet Cargo Vans There. He Eats, Sleeps, And Charges His Clothes, In His 2018 Chevrolet Express Cargo Van. This Chevrolet Cargo Van Is Jerome Bychowski's Private Space. The Surveilance Of 738 S. Pulaski, Is Also A Surveilance Of

Page 4 of 13

United States District Court
Northern District Of Illinois

United States Of America     Case Number  22 - CR - 73
                    Plaintiff
        v.                   Judge:  Wood

                             Magistrate Judge:  Valdez
            Defendant
Jerome Bychowski             Date :  1/12/2024

                             Attorney :  Pro Se. Longcam

Jerome Bychowski's 2018
Chevrolet Cargo Van. The
Surveilance Of 738 S. Pulaski,
Can Peer Through The
Front Window Of The 2018
Chevrolet Cargo Van, And Record
The Interior Space Of The
2018 Chevrolet Cargo Van.
The Surveilance Of 738 S. Pulaski,
Can Record, Jerome Bychowski's
Private Activities, Within

United States District Court Page 5 of 13

Northern District Of Illinois

United States Of America Plaintiff

v.

Jerome Bychowski Defendant

Case Number 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Date: 1/12/2024

Attorney: Pro Se Lawyers

The 2018 Chevrolet Cargo Van.

The Court Is Well Aware, That Jerome Bychowski Secures His Property At 738 S. Pulaski, And Stores With Cargo Vans, And Equipment Therin, On A Daily Basis. The Court Is Well Aware, That Jerome Bychowski Changes His Clothes, And Sleeps In The 2018 Chevrolet Cargo Van, On A

United States District Court
Northern District Of Illinois

Page 6 of 13

United States Of America
                              Plaintiff
            v.

Jerome Bychowski
                              Defendant

Case Number  22 - CR - 73

Judge:  Wood

Magistrate Judge:  Valdez

Date :  1/12/2024

Attorney :  Pro Se. Litigant


Doubtful Basis. Also, The
Court Is Well Aware, That
This Surveillance Of Jerome
Bychowski Property, With
Respect To Surveillance Laws,
Requires A Surveillance Warrant
To Be Issued, Under
Title 9 - 7. 200 . Under
Title 9 - 7. 200, When Court
Authorization For Video Surveillance
Is Deemed Necessary, It

United States District Court   Page 7 of 13
Northern District Of Illinois

United States Of America
                    Plaintiff
            v.

Jerome Bychowski
                    Defendant

Case Number   22 - CR - 73

Judge:   Wood

Magistrate Judge:  Valdez

Date :     1/12/2024

Attorney :   Pro Se Litigant

Be Obtained By Way Of An
Application. The Application And
Order Should Be Based On
An Affidavit That Establishes
Probable Cause, That A Federal
Crime Will Be Recorded By
The Surveillance. The Application
And Order, That Are Filed
Separately, Are Done So, Pursuant
To Title 18·U.S.C. § 2518.

United States District Court
Northern District Of Illinois

Page 8 of 13

United States Of America
Plaintiff

v.

Jerome Buckowski
Defendant

Case Number 22 - CR - 73

Judge: Wood

Magistrate Judge: Valdez

Date: 1/12/2024

Attorney: Pro Se Litigant

The United States
Attorney Has Not Indicated That
Any Federal Procedures Were
Followed To Properly Gain
The Surveillance Of Jerome Buckowski's
Property, At 738 S. Pulaski.

Under Illinois Code,
The Recording Of Jerome Buckowski's
Personal Spaces Are Prohibited,
Under 720. § 5/26-4, (a-5),
(a-6), (a-15), (a-25).

Currently, And For The Past

United States District Court    Page 9 of 13
Northern District Of Illinois

United States Of America

        Plaintiff

      v.

        Defendant

Jerome Bychowski

Case Number  22 - CR - 73

Judge:  Wood

Magistrate Judge:  Valdez

Date :  1/12/2024

Attorney :  Pro Se Litigant

18 Months, Jerome Bychowski's
Has Not Been Under Investigation,
By The Chicago Police Department,
Or The Illinois State Police
Wherefore, They Are Not
Exempt From The Restrictions
On Video Surveillance, At
738 S. Pulaski, Under
720 ILCS 5/26-4 , (B-1) .
Wherefore, Any Video
Surveillance Of Jerome Bychowski's

United States District Court
Northern District Of Illinois

United States Of America
    Plaintiff

    v.

Jerome Bychowski
    Defendant

Case Number    22 - CR - 73

Judge:    Wood

Magistrate Judge:    Valdez

Date:    1/12/2024

Attorney:    Pro Se, Litigant

Property, At 738 S. Pulaski,
In The Pico Po Months,
That Was Conducted By The
Chicago Police Department, Or
The State Police, Had Been
Done In Violation Of
720 § 5/26-4, (a-5), (a-6),
(a-15), (a-25), And (B-1).

        The United States
Attorney Has Not Presented
Any Evidence That There Were

United States District Court    Page 11 PP 13
Northern District Of Illinois

United States Of America          Case Number  22 - CR - 73
                Plaintiff
                                  Judge:  Wood
        v.
                                  Magistrate Judge.  Valdez
                Defendant
Jerome Bychowski                  Date :  1/12/2024

                                  Attorney :  Pro Se Litigant


Any Warrants Issued, By

The Illinois Government, To

Conduct Video Surveilance Of

Jerome Bychowski's Property

At 738 S. Pulaski. But,

The United States Attorney

Has Insinuated, That He

Has Obtained Video Surveilance

Of Jerome Bychowski's Property

At 738 S. Pulaski.

United States District Court

Northern District Of Illinois

Page 12 OF 13

United States Of America

Plaintiff

v.

Defendant

Jerome Bychowski

Case Number 22 - CR - 73

Judge: Wood

Magistrate Judge: Valdez

Date: 1/12/2024

Attorney: Pro Se Litigant

Jerome Bychowski Prays That The Court Acknowledge That The Video Surveillance Recordings, Possessed By The United States Attorney, Of Jerome Bychowski's Property At 738 S. Paulina, Were Gained Through An Illegal, And Unwarranted Surveillance Of His Property, By A Government Agency.

United States District Court
Northern District Of Illinois

Page 13 00+

United States Of America          Case Number   22 - CR - 73
                        Plaintiff
                                  Judge:   Wood
              v.
                                  Magistrate Judge:  Valdez

Jerome Bychowski          Defendant   Date :   1/12/2024

                                  Attorney :   Pro Se Litigant

Wherefore, Jerome Bychowski

Prays That The Court Suppress

All, Or Any Video Surveilance

Recordings, Of Jerome Bychowski's

Property, At 938 S. Pulaski,

From Any Period, In The Past

18 Months.

1/12/2024   Jerome Bychowski          Jerome Bychowski