UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 73 |
| v. | ) | |
| | ) | Judge Andrea Wood |
| JEROME BYCHOWSKI | ) | |

### GOVERNMENT'S THIRD AMENDED WITNESS LIST

The United States of America, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, respectfully submits the following list of potential witnesses, whose professional affiliations (where applicable) are noted in parentheses. The government reserves the right to supplement this witness list as necessary.

Witnesses who will be called (absent stipulation):

1. Tina Diantzikis (IL Secretary of State). Diantzikis will testify regarding registration records for Illinois license plate 3301030.

2. Justin Lewis/Codi Rosochacki (FBI). Lewis/Rosochacki will provide custodial testimony regarding the FBI surveillance video taken at the time of the charged assault.

3. Steven Molesky (FBI). SA Molesky will testify regarding the charged assault.

4. David Patch (FBI). SA Patch will testify regarding the charged assault, defendant's statement after the assault, and photographs he took in the immediate aftermath.

5. Ward Yoder (FBI). Case agent SA Yoder will testify regarding the arrest of defendant, defendant's use of a white Ford van bearing Illinois license plate 3301030, and defendant's admission to having recently had a discussion with a federal officer.

<u>Witnesses who may be called</u>:

6. Omar Baker. Baker would testify that defendant confessed to Baker regarding the charged conduct, bragging that he wasn't afraid of anyone and that he had spit in an FBI Agent's face.

7. Joseph Panaterra (FBI). Panaterra would testify regarding the arrest of defendant and the defendant's admission to having recently had a discussion with a federal officer.

8. Luis Rosario (FBI). Rosario would testify regarding security procedures entering FBI headquarters, and his whereabouts at the time of the charged assault.

Dated: May 30, 2024

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Cornelius Vandenberg*
CORNELIUS A. VANDENBERG
KURT SIEGAL
Assistant United States Attorneys
219 South Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 73 |
| v. | ) | |
| | ) | Judge Andrea Wood |
| JEROME BYCHOWSKI | ) | |

## CERTIFICATE OF SERVICE

I, Cornelius Vandenberg, hereby certify that on May 30, I electronically filed the foregoing **GOVERNMENT'S THIRD AMENDED WITNESS LIST** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Files (CM/ECF) system, and provided a copy to defendant by mail at P.O. Box 24735, Chicago, IL 60624.

By: */s/ Cornelius Vandenberg*
CORNELIUS A. VANDENBERG
KURT SIEGAL
Assistant United States Attorneys
219 South Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300

1