# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                 Case No.: 1:22−cr−00073

                                                            Honorable Andrea R. Wood

Jerome A. Bychowski

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2024:

        MINUTE entry before the Honorable Andrea R. Wood as to Jerome A. Bychowski: Final pretrial conference held on 6/7/2024. The Court orally rules on the following pending motions. Defendant's motion motn−1.22 [246], motion motn−3.22 [252], and motion motn−1.111 [254] are denied. Defendant's motion motn−6.22 [249] and related motion motn−5.22 [248] are denied as moot. Defendant's motion motn−7.22 [250] is terminated as moot. The Clerk is directed to update the docket to reflect Defendant Bychowski's new mailing address, P.O. Box 12063, Chicago, IL 60612. Defendant's motion motn−4.11 [244] requesting a continuance of the trial is denied. As explained on the record, the Court finds no reason to delay the scheduled trial to allow time for Defendant Bychowski to locate the potential witness, Annie Wilson, given that he has not been able to locate her in the two years since the case was indicted and Defendant Bychowski acknowledges that he does not know anything about Ms. Wilson's background or where she might currently be found. Defendant's motion motn−2.22 [247] is denied. As stated on the record, the Court finds that Defendant Bychowski has not proffered sufficient evidence to warrant an entrapment instruction pursuant to United States v. Mayfield, 771 F.3d 417 (7th Cir. 2014). Specifically, Defendant Bychowski has not met his burden to proffer "some evidence that the government induced him to commit the crime and he was not predisposed to commit it." Id. at 440. But the Court will reconsider the request for an entrapment defense if the evidence at trial warrants it. Defendant's motion motn−4.22 [251] is denied. To the extent the Government has any police reports involving complaints by Mr. Omar Baker against Defendant Bychowski, the Government shall turn over those complaints to Defendant Bychowski. Defendant's motion motn−3.11 [243] is granted as follows. To the extent the Government decides to call Mr. Baker as a witness at trial, the Government also will secure the presence at trial of the two police officers who received Mr. Baker's complaint against Defendant Bychowski. Defendant's motion motn−3.35 [234] is granted. Defendant Bychowski has expressed a desire to call as defense witnesses Mr. Baker's "wife" (Tammy Baker) and the security guard at Mr. Baker's store (Ernest Cooley). Defendant Bychowski believes Tammy Baker's and Ernest Cooley's testimony may be necessary to rebut Mr. Baker's testimony regarding his interaction at his store with Defendant Bychowski. Defendant Bychowski is reminded that he may issue trial subpoenas to secure the attendance of those witnesses at trial. As Defendant Bychowski has expressed concern about his ability to prepare and serve such

subpoenas himself, the Court requests that Defendant Bychowski's standby counsel take steps to subpoena the witnesses to appear for testimony during Defendant Bychowski's defense case. Defendant's motion to suppress post–arrest statements, filed by Bychowski's prior counsel, [209] is denied. Written order to follow. Continued final pretrial conference set for 6/14/2024 at 1:30 PM. Jury trial set for 6/24/2024 remains firm. The parties are advised to set up an orientation regarding the in–court evidence presentation system prior to trial and contact the Court's AV Technology Specialist. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.