IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

JUL 03 2024 MCP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

United States Of America, Plaintiff

v.

Jerome Bochowski, Defendant

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Date: 7/3/2024

Jerome Bochowski Posted A $10,000 Bond, For Case 22-CR-73, On 2/11/2022. Case 22-CR-73 Has Been Completed And Dismissed. Jerome Bochowski Wants The $10,000 Bond Returned To Him, By The Clerk's Office, In The Form Of A $10,000 Money Order Or Cashiers Check. Wherefore, Jerome Bochowski Prays That

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 2 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff: United States Of America

v.

Defendant: Jerome Buchowski

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

The Clerk's Office Provide A $12,000 Money Order Or Cashier's Check To Him, When He Arrives At The Desk, In The Clerk's Office, On The 20th Floor, Of The Everette McKinley Dirksen Federal Building.

7/3/2024 Jerome Buchowski   Jerome Buchowski