AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JEROME A. BYCHOWSKI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:22-cr-00073-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Andrea R. Wood     U.S. District Court Judge
Name of Judge     Title of Judge

7/3/2024
Date