IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# FILED

JUL 22 2024 MCP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Page 1 OF 6

Plaintiff

United States Of America

v.

Defendant

Jerome Buchonsky

)
)
)
)
)
)
)
)

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Attorney: Pro Se Litigant

• Motion MOTIN — 4.116

Jerome Buchonski Posted A $10,000 Bond, For Case 22-CR-73, On 2/11/2022. (See Page 2 OF 6 , Receipt Of $10,000 Payment To Clerk's Office )

Case 22-CR-73 Has Been Completed, And The Order Made By The Court To Exonerate The Bond. (See Page 3 OF 6 , Judgement Of Acquittal . )

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Payment Receipt, Of $10,000,
From The Clerk's Office, 2/11/2022*

Court Name: Northern District of Illinois
Division: 1
Receipt Number: 4624267969
Cashier ID: akeil
Transaction Date: 02/11/2022
Payer Name: JEROME A. BYCHOWSKI
----------------------------------
TREASURY REGISTRY
 For: JEROME A. BYCHOWSKI
 Case/Party: D-ILN-1-22-CR-000073-001
 Amount:        $10,000.00
----------------------------------
MONEY ORDER
 Check/Money Order Num: 9434353272
 Amt Tendered: $10,000.00
----------------------------------
Total Due:      $10,000.00
Total Tendered: $10,000.00
Change Amt:     $0.00

POSTING A CASHIER'S CHECK IN THE
AMOUNT OF $10,000.00.

22CR73   *Case Number*

JEROME A BYCHOWSKI

PER ORDER OF MAGISTRATE JUDGE
VALDEZ
2/10/2022

*Motion Motn- 4.116*

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

V.

JEROME A. BYCHOWSKI

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 1:22-cr-00073-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

__Andrea R. Wood__        __U.S. District Court Judge__
Name of Judge                Title of Judge

__7/3/2024__
                        Date

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Page 4 of 6*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

United States Of America
                    Plaintiff
                    v.

Jerome Buchanon
                    Defendant

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Attorney: Pro Se - Layyne

Jerome Buchanon Was Made
Aware, By The Clerk's Office,
That The Court's Order For
Disbursement Of Invested Registry
Funds Must Include The Total
Amount Of Principal And Interest.
If The Amount Of Interest Is
Not Known, The Order Shall
Read "Principal Plus Interest",
Which Will Be Dispersed To
The Payee. Wherefore,
Jerome Buchanon Prays That

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 5 of 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

United States Of America    Plaintiff )
)
v.                                    )    Case Number: 22-CR-73
)
)    Judge: Wood
)
Jerome Buchanan     Defendant )    Magistrate Judge: Valdez
)
Attorney: Pro Se Litigant

An Order Be Made By The
Court, To The Clerk's Office,
That The Invested Registry
Funds Be Disbursed To
Jerome Buchanan, Including
The $10,000 Principal, And
The Interest.

Jerome Buchanan Does
Not Have A Mailing Address.
Wherefore, He Prays That
The Court Inform The Clerk's
Office That Jerome Buchanan

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 6 of 6

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

United States Of America

Plaintiff

v.

Jerome Buchonow

Defendant

)
)
)
)
)
)
)
)
)

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Attorney: Pro Se Litigant

Need's To Obtain The Fund
Payment In Person. Wherefore,
Jerome Buchonow Prays That
The Disbursement Check, Of
The $15,000 Principal Plus Interest,
Be Forwarded To The Clerks
Office, So That He Can
Obtain The Disbursement Check
At The Clerk's Office, At
The Desk.

7/22/2024      Jerome Buchonow                    Jerome Buchonow

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]